IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALCOLM MOORE**  **PLAINTIFF**
**ADC # 170486**

v.   CASE NO. 4:24-cv-01083-BSM

**ERIC HIGGINS**, *et al.*   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE